# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRANSCEND SHIPPING SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  CASE NO. 2:22CV-00109-RWS -RSP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 24th day of June, 2022.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE